UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN RE:                                                             CASE NO. 09-33508
WAYNE ALAN BUNKER                                                  Chapter 7
KATHRYN MARIE BUNKER,
    Debtors.

TRUSTEE'S NOTICE OF DEPOSIT OF SMALL DIVIDENDS

Gary D. Boyn, Trustee, notifies the Court, pursuant to Bankruptcy Rules 3010 and 3011 that Claimant 4, Chase Bank USA, NA, PO Box 740933, Dallas TX 75374, is entitled to interim distribution on allowed claims in the amount of $2.29; Claimant 5, GE Money Bank dba Walmart, 25 SE 2nd Ave., Suite 1120, Miami, FL 33131, is entitled to interim distribution on allowed claims in the amount of $2.20; Claimant 6, GE Money Bank dba JCPenney, 25 SE 2nd Ave., Suite 1120 Miami, FL 33131, is entitled to interim distribution on allowed claims in the amount of $3.60, which amount Trustee now deposits in the U.S. Bankruptcy Clerk's Registry Account, as small dividends, for the use and benefit of said claimants.

Dated: December 13, 2010

                                                                                    /s/ Gary D. Boyn
                                                                                    Gary D. Boyn, Trustee
                                                                                    121 W. Franklin St., Suite 400
                                                                                    Elkhart, IN 46516
                                                                                    (574) 294-7491

CERTIFICATE OF SERVICE

The undersigned hereby certifies service of the foregoing was sent electronically via the Bankruptcy Clerk's ECF System or has been made by placing a copy thereof in the United States mail, first class postage prepaid, this 13th day of December, 2010:

Chase Bank USA, NA
PO Box 740933
Dallas, TX  75374

GE Money Bank dba Walmart
25 SE 2nd Ave., Suite 1120
Miami, FL  33131

GE Money Bank dba JCPenney
25 SE 2nd Ave., Suite 1120
Miami, FL  33131

| | |
|---|---|
| U.S. Trustee's Office: | USTPRegion10.SO.ECF@usdoj.gov |
| Steven P. Taylor: | ecfdocket@gmail.com |

/s/ Gary D. Boyn